UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>WARIO MOHAMED ABDULLAHI,<br><br>                     Defendant. | NO.  MJ18-230<br><br><br>DETENTION ORDER |

Offenses charged:

> Count 1:     Unlawful Possession of Firearms

> Count 2:     Unlawful Possession of Ammunition

Date of Detention Hearing:  May 29, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has substance abuse issues.

2.     Defendant has on-going mental health problems.

3.     Defendant was on supervision for gun-related crimes when the events in this case took place.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.   The evidence against the defendant, although the least significant factor, is very strong.

5.   There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of May, 2018.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge